Opinion issued May 24, 2007













In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-06-00918-CR

 01-06-00919-CR

____________


RONNIE LYNN SPEARS, JR., Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 185th District Court

Harris County, Texas

Trial Court Cause Nos. 1035258 and 1041999






MEMORANDUM OPINION

 On May 7, 2007, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 We deny any pending motions as moot.

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).